

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2017

No. 04-16-00737-CV

**In the Interest of J.D.A.O., D.E.O., A.R.O., and E.R.T., Children,**
Appellant

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-00648
Honorable Martha Tanner, Judge Presiding

## O R D E R

This is an accelerated appeal from a final order terminating parental rights and granting the adoption of the children the subject of this suit. *See* TEX. R. APP. P. 28.4 (accelerating appeals in parental termination cases); TEX. R. JUD. ADMIN. 6.2(a) (requiring appellate courts to dispose of an appeal from an order terminating parental rights within 180 days of the date the notice of appeal is filed). Appellant filed her notice of appeal on November 7, 2016, and her brief on January 18, 2017. The appellees' briefs were due on February 7, 2017. One of the appellees, the Texas Department of Family and Protective Services, filed its brief on February 3, 2017.

Two of the appellees have filed a motion asking for an extension of time to March 7, 2017 to file their brief. The motion is GRANTED. **However, NO FURTHER EXTENSIONS will be granted. If the appellees fail to file their brief by <u>March 7, 2017</u>, this appeal will be set for submission without their brief.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court